HARRIS BEACH LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PREMIUM MORTGAGE CORP., on behalf of
itself and all other similarly situated,

       Plaintiff,

 -vs-

EQUIFAX INFORMATION SERVICES, LLC,
a Georgia limited liability company,
TRANS UNION LLC, a Delaware limited
liability company, EXPERIAN INFORMATION
SOLUTIONS INC., an Ohio corporation, and
CREDIT PLUS, INC., a Maryland corporation,
individually and as a representative of similarly
situated defendants,

       Defendants.
_____

**NOTICE OF MOTION
AND MOTION**

Civil Action No. 07-CV-6349

  **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, the defendants, Equifax Information Services, LLC, Trans Union LLC and Experian Information Solutions, Inc., by their attorneys, will move this Court, at a Motion Term thereof, to be held at the United States Courthouse, 100 State Street, Rochester, New York, at a time to be scheduled by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6):

  1. Dismissing the Amended Complaint (Docket No. 07-CV-6349) on the ground that it fails to state a cause of action; and

  2. Granting the above-referenced defendants such other and further relief as the Court deems just and proper.

Pursuant to the Local Rules of this Court, oral argument is requested. The above-referenced defendants hereby advise the parties of their intention to serve reply papers in accordance with the Local Rules of this Court.

| | |
|---|---|
| Dated: September 28, 2007 | HARRIS BEACH PLLC |
| | /s/ Edward P. Hourihan, Jr. |
| | Edward P. Hourihan, Jr. |
| | ehourihan@harrisbeach.com |
| | Laura W. Smalley |
| | lsmalley@harrisbeach.com |
| | 99 Garnsey Road |
| | Pittsford, New York 14534 |
| | Telephone: 585-419-8800 |
| | Fax: 585-419-8813 |
| | -and- |
| | Craig E. Bertschi |
| | cbertschi@kilpatrickstockton.com |
| | Cindy D. Hanson |
| | chanson@kilpatrickstockton.com |
| | Kali Wilson Beyah |
| | kbeyah@kilpatrickstockton.com |
| | KILPATRICK STOCKTON LLP |
| | 1100 Peachtree Street |
| | Suite 2800 |
| | Atlanta, GA 30309 |
| | *Attorneys for Defendant Equifax Information Services, LLC* |
| /s/ Christopher R. Lipsett | /s/ Meir Feder |
| Christopher R. Lipsett, Esq. | Meir Feder, Esq. |
| Chris.lipsett@wilmerhale.com | mfeder@jonesday.com |
| David Sapir Lesser, Esq. | Kate Bushman |
| david.lesser@wilmerhale.com | klbushman@jonesday.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | JONES DAY |
| 399 Park Avenue | 222 East 41st Street |
| New York, New York 10022 | New York, New York 10017 |
| -and- | -and- |
| Carolyn G. Nussbaum | Eric J. Ward, Esq. |
| Cnussbaum@nixonpeabody.com | ejw@wnhr.com |
| NIXON PEABODY LLP | WARD NORRIS HELLER & REIDY LLP |
| Clinton Square | 300 State St. |
| P.O. Box 31051 | Rochester, New York 14614 |
| Rochester, New York 14603 | *Attorneys for Experian Information Solutions, Inc.* |
| *Attorneys for Trans Union LLC* | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PREMIUM MORTGAGE CORP., on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 07-CV-6349 |
| vs. | ) ) | |
| EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, TRANS UNION LLC, a Delaware limited liability company, EXPERIAN INFORMATION SOLUTIONS INC., an Ohio corporation, and CREDIT PLUS, INC, a Maryland corporation, Individually and as a Representative of Similarly Situated Defendants. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007, I electronically filed the foregoing NOTICE OF MOTION AND MOTION with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following

Louis B. Cristo – lcristo@trevettlaw.com

Craig E. Bertschi – cbertschi@kilpatrickstockton.com

Edward P. Hourihan, Jr. – ehourihan@harrisbeach.com

Laura W. Smalley – lsmalley@harrisbeach.com

William G. Bauer – wbauer@woodsoviatt.com

Cindy D. Hanson – chanson@kilpatrickstockton.com

Kali Wilson Beyah – kbeyah@kilpatrickstockton.com

Carolyn G. Nussbaum – cnussbaum@nixonpeabody.com

Christopher R. Lipsett – chris.lipsett@wilmerhale.com

David Sapir Lesser – david.lesser@wilmerhale.com

Dated: September 28, 2007
      New York, New York

By: /s/ Meir Feder
    Meir Feder
    mfeder@jonesday.com
    Kate Bushman
    klbushman@jonesday.com
    JONES DAY
    222 E. 41st St.
    New York, NY

    Eric J. Ward
    ejw@wnhr.com
    Ward Norris Heller & Reidy LLP
    300 State Street
    Rochester, NY 14614

    *Attorneys for Experian Information Solutions, Inc.*

HARRIS BEACH LLP
Attorneys at Law